## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**WANITA ROACH**                               *

          **vs.**                               *               **Case No. JFM 02-CV-3171**

**CATHERINE CASTELLANI**             *

                       **\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

I hereby certify that on _June 23, 2003 a copy _Plaintiff's 1st Interrogatories and Plaintiff's Request

for Production of Documents, which was electronically filed in this case on June 24, 2003, was

mailed via first class mail, postage prepaid, to   Jacquelyn M. Kramer, Esq., 218 N. Charles Street, Suite 200,

Baltimore, Maryland 21201, Attorney for Defendants

 

_____/s/_____

_IsaacJoe,Jr._____     03456_____
*Printed Name*                 *Bar Number*

_711 W. 40th Street, Suite 300_____
*Address*

__Baltimore, MD   21211_____
*City/State/Zip*

410-889-8870_____   410-467-2225_
*Phone No.*                 *Fax No.*