IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WANITA ROACH             *

vs.                      *        Case No. JFM 02-CV-3171

CATHERINE CASTELLIANI    *
                    ******

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2003 a copy of Plaintiff's Request for Admissions, which was electronically filed in this case on August 14, 2003, was mailed via first class mail, postage prepaid, to Jacquelyn M. Kramer, Esq., 218 N. Charles Street, Suite 200, Baltimore, Md. 21201, Attorney for Defendant.

_____/s/_____

_Isaac Joe, Jr._                    _03456_
Printed Name                    Bar Number

_711 W. 40th Street, Suite300_____
Address

_Baltimore, MD 21211_____
City/State/Zip

_410-889-8870_____410-467-2225_
Phone No.                              Fax No.