UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 9, 2003

Memo To Counsel Re: Wanita Roach v. Catherine Castellani
Civil No. JFM-02-3171

Dear Counsel:

In accordance with the scheduling order dated March 25, 2003, please provide me with a status report on or before September 16, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge