# Maryland Orthopedics, P.A.

Raymond D. Drapkin, M.D. William J. Launder, M.D. Kevin E. McGovern, M.D. Michael A. Francheitti, M.D. Mark A. Cohen, M.D.

0 3570 St. Johns Lane .Ell~tt City, MD 21042 0 545 Main Street. Laurel, MD 20707 0 10085 Red Rurl Blvd. Suite 303 .Otot'ings Mills, MD 21117 (410) 461-9500. Fax: (410) 461-8945 (301) 776-2000. Fax: (301) 776-2806 (410) 363-0m. Fax: (410) 356-2615

Wanita R. Roach #135469

PATIENT'S NAME

UK'I'HUPEUIL: EV XLUATION

01/31/01

The patient feels much better in terms of her orthopedic problems. Her neck and shoulder still ache on occasion but much less seldom than before. Her headaches are less frequent. She is due to follow up with Dr. Alkaitis today for her headaches as well.

PHYSICAL EXAMINATION

Neck: She has a full range of motion in her neck and no tenderness.

Upper Extremity Neurological: Motor, sensation and reflexes are intact. There is good motion in the shoulders, elbows, wrists and hands without instability. No atrophy, edema, dislocations, ulcerations, lymphadenopathy, or deformities are noted. The extremities are wann. There is good coordination and appropriate affect. The gait is plantigrade. The patient is awake, alert and oriented.

IMPRESSION

Cervical strain and shoulder strain, resolving.

~

The patient is discharged from orthopedic care on full duty work status.

William J. Launder, MD:cbs/rh

cc: Isaac Joe, Esq,

# NEURODIAGNOSTIC CENTER

Damanhuri Daniel Alkaitis, M.D., Ph.D.

0 3570 St. Johns Lane' Ellicott City, Maryland 21042 0 545 Main Street. Laurel, Maryland 20707 (410) 461-9500 FAX (410) 461-8945 (301) 776-2000 FAX (301) 776-2806

PATIENT'S NAIIIW:1nit:1 R Rn~~h itl1~A.hQ

01/31/01

The patient is given a wrist splint.

Damanhuri Daniel Alkaitis, M.D./rh

cc: Isaac Joe, Esq.

**MO-4B** (REV. 12/96)

JOHNSON, JONES & McGOUGH

200 INTERNATIONAL CIRCLE. SUrrE 1500 .HUNT VALLEY, MARYLAND 21030 (410) 568-6781 .FAX (410) 568-6782

Renee L. Johnson David R. Jones Timothy P. McGough David P. Bokow David P. Bokow

*A Staff Law Office of The Hartford Not a Partnership or Professional Association*

**William L. Helfand Jacquelyn M. Kramer William H. Klumpp,** Jr. **Mary G. Weidner**

**September** 29, **2003**

Isaac Joe, Jr., Esquire
The Rotunda, Suite 300 711 W. 40th Street Baltimore, **MD** 21211-2109

Re: Roach v. Castellani Case No.: PJM-O2-3171

**Dear** Mr. Joe:

This letter confirms your client's agreement to remove this case from the U.S. District Court docket and enter into binding arbitration. Your client has agreed to cap the damages award at a low of $5,000.00 and a high of $50,000.00.

The arbitrators this office has used in the past are retired Judge Edward Angeletti, retired Judge Hilary Caplan and retired Judge Paul Alpert. Let me know which of these arbitrators your client prefers.

cc:

Very truly yours,

/ /Jacquelyn

**M. Kramer**

Melissa Posey, Tampa Claims

** TX STATUS REPORT **

AS OF

**SEP** 30 2003 08:23

PAGE. 01

15

DATE TIME
09/3008:22

200 INTERNATIONAL CIRCLE. SUn'E 1500 .HUNT VALLEY, MARYLAND 21030 (410) 568-6781 .FAX (410) 568-6782

~oo L. J_o *A Staff Law OjJice ofI'he Hal'!(OI'd* William L. IIclf""d David R. Joa.. *Not a Pa".""hlp f)" Praf.."onaJ Assoclaricm* I~~.I)'n M. Kramer Timothy P. MeGaugll WilliaPl H. Klumpp. *Jr.* DavidP. BoUw Mary G. W.idner DavidP. Bokow

TO/FROM MODE 4104672225 EC--S

# JOHNSON, JONES & McGOUGH




PGS *00\21t* 001

J





\))

,



**September** 29, **2003**

Isaac Joe, Jr., Esquire
The Rotunda, Suite 300 711 W. 40th Street Baltimore, MD 21211-2109

**Re: Roach v. Castellani Case** No.: **PJM-O2-3171**

Dear **Mr.** Joe:

This letter confirms your client's agreement to remove this case from the U.S. District Court docket and enter into binding arbitration. Your client has agreed to cap the damages award at a low of $5,000.00 and a high of $50,000.00.

The arbitrators this office has used in the past are retired Judge Edward Angeletti, retired Judge Hilary Caplan and retired Judge Paul Alpert. Let me know which of these arbitrators your client prefers.

cc:

Very truly yours,

Jacquelyn M. Kramer

Melissa Posey, Tampa Claims