IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WANITA ROACH        *
       *
  v.        *   Civil No. JFM-02-3171
       *
CATHERINE CASTELLANI   *
      *****

ORDER

Counsel having advised the court that their clients are proceeding to resolve this case in arbitration, it is, this 12th day of December 2003

ORDERED that this action be administratively closed, subject to being reopened upon the notice of any party within 30 days of the arbitrator's decision.

/s/
J. Frederick Motz
United States District Judge