UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
CIVIL DIVISION

WANITA ROACH

Plaintiff

v.

CATHERINE CASTELLANI

Defendant

*

*

*

*

**Civil Action** No,

JFM 02 CV **3171**

*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, being attorneys for all parties who have appeared in this action,

do hereby agree and stipulate pursuant to Federal Civil Rule 41 a that the above-captioned

action shall be dismissed with prejudice.

_____
Isaac Joe, Jr., Esquire
The Rotunda, Suite 300
711 W. 40th Street
Baltimore, MD 21211-2109
Attorney for Plaintiff

~ uire

h 200 International Circle Suite 1500
Hunt Valley, MD 21030 Attorney for Defendant